```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
UNITED STATES OF AMERICA,        :
                                 :   No. 11 Cr. 912 (JFK)
     -against-                   :   No. 15 Civ. 2222 (JFK)
                                 :
TYRIEK SKYFIELD,                 :        ORDER
                                 :
                  Defendant.     :
-------------------------------- X
```

**JOHN F. KEENAN, United States District Judge:**

By no later than March 26, 2021, the parties are directed to file letters of no more than three pages addressing whether the Second Circuit's recent decision in <u>Collier v. United States</u>, --- F.3d ---, No. 17-2402, 2021 WL 771689 (2d Cir. Mar. 1, 2021) (holding attempted federal bank robbery qualifies as a crime of violence under 18 U.S.C. § 924(c)(3)(A)), has any bearing on Defendant Tyriek Skyfield's pending habeas petition which questions whether attempted Hobbs Act robbery qualifies as a crime of violence under 18 U.S.C. § 924(c)(3)(A).

**SO ORDERED.**

Dated:  New York, New York
        March 2, 2021

                                    _____
                                           John F. Keenan
                                    United States District Judge