USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/9/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKYFIELD,

                Plaintiff,

v.

UNITED STATES OF AMERICA,

                Defendant.

No. 15-CV-2222 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This matter was reassigned from Judge Keenan on September 7, 2022.  At a proceeding held on August 3, 2022, Judge Keenan granted the defendant's Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. 2255. The Clerk of Court is thus respectfully requested to close case 15 Civ. 2222.

    The defendant shall be resentenced on November 18, 2022 at 11:30 a.m., in case 11 Cr. 912.  The proceeding will be held in Courtroom 1506 at 40 Foley Square.

SO ORDERED.

Dated:    September 9, 2022
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge