# AIELLO CANNICK
## Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick
———
Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

*69-06 Grand Avenue*
*Maspeth, New York 11378*
*(718) 426-0444, Fax (718) 803-9764*
*Email: info@aiellocannick.com*

September 12, 2022

**VIA ECF**
Honorable Judge Ronnie Abrams
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted. The sentencing is rescheduled to December 9, 2022 at 2:30 p.m. The defendant shall file its submission by November 28, 2022 and the Government shall file its submission by December 5, 2022.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
September 13, 2022

   **Re: United States v. Tyriek Skyfield**
     **Case No: 15-cv-02222-RA**

Dear Hon. Judge Abrams:

  We are in receipt of the Court's notice that Tyriek Skyfield's sentencing has been transferred to Your Honor for Sentencing on November 18, 2022. Inasmuch as I have scheduled Thanksgiving plans away from the City, we respectfully request that Mr. Skyfield's sentencing hearing be re-calendared to the first week of December.

  Please know that AUSA Jacob Fiddelman, the assigned assistant consents to our request.

  Thank you in advance for your consideration.

        Very truly yours,

        ***/s/ Deveraux L. Cannick***
        Deveraux L. Cannick

DLC/ad

Cc: AUSA Jacob Fiddelman, via email