# AIELLO CANNICK
Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

November 18, 2022

**VIA ECF**
The Honorable Judge Ronnie Abrams
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 21, 2022

Re:   **United States v. Tyriek Skyfield**
       **Case 1:15-cv-02222**

Dear Judge Abrams:

    We are the attorneys for Mr. Skyfield. He was recently advised that his fiancé is pregnant. Her doctor suggested that he make himself available to assist her (see Exhibit A).

    We respectfully request that the travel regions (restrictions) be enlarged to include the District of Connecticut.

    Please know that both Pre-trial Services and the Government consent to our application.

    Thank you in advance for your consideration.

Very truly yours,

Deveraux L. Cannick

DLC/mw

# EXHIBIT A

**Westmed Medical Group**
3030 Westchester Avenue
Purchase, NY 10577
(914) 831-4100

October 4, 2022

BRIANNA BURRELL
55 AMOS ST
BRIDGEPORT, CT 06606.

To Whom It May Concern:
Brianna Burrell is currently under my care, she is 6 weeks pregnant with a estimated due date of May 25,2023.For Medical reasons some assistance from her partner Tyriek Skyfeild will be required 2 to 3 days weekly. Please take this into consideration when reviewing his case.

If you need additional information, please feel free to contact our office.

Sincerely,

*[signature]*

**Preston Lurie, M.D.**
WESTMED Medical Group
3030 Westchester Ave
Purchase, NY 10577